
ORIGINAL

**FILED**

08/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0334

IN THE SUPREME COURT OF THE STATE OF MONTANA

24-0334

_____

DERIK L. SEYMOUR,

        Plaintiff and Appellant,                    ORDER

    v.

STATE OF MONTANA,

        Defendant and Appellee.

_____

This Court reviews briefs to ensure compliance with Rules 10, 11, and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant Dirk Seymour's opening brief filed on August 26, 2024, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 10(4) requires a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, and it must be certified by the person who made the service. Appellant's certificate of service certifies the brief was served on Thomas J. Leonard, but it was not served on Matthew B. Hayhurst or Austin Miles Knudsen. The brief and all future papers that are filed need to be served on all counsel of record.

Further, M. R. App. P. 11(4)(e) requires that a certification of compliance be filed with the brief. The certificate should state the line spacing, that the brief is proportionately spaced, together with the typeface, point size, and word count. The certificate is not included in calculating the word count.

Therefore,

IT IS ORDERED Appellant's opening brief is rejected.

IT IS FURTHER ORDERED that within twenty (20) days of the date of this Order the Appellant shall file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the signed original of Appellant's brief be returned for revisions necessary to comply with the specified Rules; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to all parties of record.

DATED this 26th, day of August, 2024.

For the Court,

**FILED**

AUG 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

By_____

Justice